# United States District Court

**CHAMBERS OF**
**DAVID C. GODBEY**
**DISTRICT JUDGE**

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, ROOM 1358
DALLAS, TEXAS 75242

214.753.2700
FAX 214.753.2707

November 3, 2006

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV - 3 2006
CLERK, U.S. DISTRICT COURT
By __KC__
Deputy

Karen Mitchell, Clerk
United States District Clerk
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

    Re:  *Gary M. Vodicka v. Southern Methodist University, et al.*
         Civil Action No. 3:06-CV-2014-B

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered cause. Please reassign this case.

               Very truly yours,

               David C. Godbey

DCG:dh