UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242



JANE J. BOYLE
District Judge

214/753-2740

November 15, 2006

Jason McDonald, Supervisor
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    3:06-CV-2014-B
            GARY VODICKA
            V
            SOUTHERN METHODIST UNIVERSITY ET AL

Dear Mr. McDonald:

     I hereby recuse myself from the above styled and numbered cause pursuant to the provisions of 28 USC § 455. Please reassign this case to another judge.

                   Sincerely,

                   Jane J. Boyle