# United States District Court
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET, RM. 1572
DALLAS, TEXAS 75242

CHAMBERS OFTELEPHONE (214) 753-2420
**JUDGE BARBARA M. G. LYNN**

November 16, 2006

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas   75242

Re:Gary M. Vodicka vs. Southern Methodist University, et al.
Civil Action No.: 3:06-CV-2014-M

Dear Ms. Mitchell:

I hereby recuse myself from the above styled and numbered cause pursuant to the provisions of 28 U.S.C. § 455(a).  I would appreciate it if you would please see to it that it is assigned to another judge per the usual procedure.

Very truly yours,

**Barbara M.G. Lynn**

BMGL:lag