UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY M. VODICKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-2014-B |
| SOUTHERN METHODIST | ) | |
| UNIVERSITY, ET AL., | ) | **ECF** |
| | ) | |
| Defendants. | ) | |

## ORDER

The judge to whom this case was initially assigned having recused herself, it is **ORDERED** that this case be, and the same hereby is, assigned to the docket of the **Honorable Sidney A. Fitzwater, United States District Judge**, and should reflect the following case number: **3:06-CV-2014-D**.

November 16, 2006.

_____
A. JOE FISH
CHIEF JUDGE