**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

ED KINKEADE
U.S. District Judge

214/753-2720 Chambers
214/753-2727 Facsimile

July 21, 2008

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:   3:06-CV-2014-K; Vodicka v. Southern Methodist University, et al.,

Dear Ms. Mitchell:

   I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE